UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID DEJERINETT,

    Plaintiff,

v.                                                      Case No. 3:22cv798-LC-HTC

LIEUTENANT J WHITE, et al.,

    Defendants.

_____/

**<u>ORDER</u>**

    The magistrate judge issued a Report and Recommendation on March 18, 2022 (ECF No. 10), recommending this case be dismissed without prejudice for Plaintiff's failure to disclose truthfully his litigation history and failure to comply with Court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the objections timely made.

    Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv798-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious and for abuse of the judicial process for Plaintiff's failure to truthfully disclose his litigation history and failure comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 12th day of April 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**